Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-38292 AJC | Trustee: | (290970) Ross Hartog |
| --- | --- | --- | --- |
| Case Name: | S P INTENATIONAL SERVICES LLC | Filed (f) or Converted (c): | 10/12/11 (f) |
| | | §341(a) Meeting Date: | 11/21/11 |
| Period Ending: | 03/31/13 | Claims Bar Date: | 02/21/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash Seized from Debtor's Cash Register (u) | 0.00 | 0.00 | | 1,709.73 | FA |
| 2 | Great Eastern Bank of Florida Checking #0412 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Office Furniture<br>Notice of Abandonment (ECF 13) | 150.00 | 150.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.02 | Unknown |
| 4 | **Assets**   **Totals**   (Excluding unknown values) | **$150.00** | **$150.00** | | **$1,709.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Status: Trustee counsel pursuing and analyzing avoidance actions.

   CBD: 2/21/2012

   Tax Returns: Business did not operate in 2012, therefore tax returns are non-applicable

**Initial Projected Date Of Final Report (TFR):** December 31, 2015   **Current Projected Date Of Final Report (TFR):** December 31, 2015

Printed: 05/20/2013 03:44 PM   V.13.13

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-38292 AJC
**Case Name:** S P INTENATIONAL SERVICES LLC

**Taxpayer ID #:** **-***1144
**Period Ending:** 03/31/13

**Trustee:** Ross Hartog (290970)
**Bank Name:** Rabobank, N.A.
**Account:** ****327865 - Checking Account
**Blanket Bond:** $123,797,500.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 989.15 | | 989.15 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 979.15 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 969.15 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 959.15 |
| | | | **ACCOUNT TOTALS** | | 989.15 | 30.00 | $959.15 |
| | | | Less: Bank Transfers | | 989.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$30.00** | |

{} Asset reference(s)

Printed: 05/20/2013 03:44 PM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-38292 AJC | | Trustee: | Ross Hartog (290970) |
|---|---|---|---|---|
| Case Name: | S P INTENATIONAL SERVICES LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******91-65 - Checking Account |
| Taxpayer ID #: | **-***1144 | | Blanket Bond: | $123,797,500.00  (per case limit) |
| Period Ending: | 03/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/11 | {1} | Estate of SP International Services, LLC | Cash seized from Debtor's Cash Register - Part 1 | 1229-000 | 209.73 | | 209.73 |
| 11/16/11 | {1} | Estate of SP International Services, LLC | Cash seized from Debtor's Cash Register - Part 2 | 1229-000 | 500.00 | | 709.73 |
| 11/16/11 | {1} | Estate of SP International Services, LLC | Cash seized from Debtor's Cash Register - Part 3 | 1229-000 | 500.00 | | 1,209.73 |
| 11/16/11 | {1} | Estate of SP International Services, LLC | Cash seized from Debtor's Cash Register - Part 4 | 1229-000 | 500.00 | | 1,709.73 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,684.73 |
| 12/14/11 | 1001 | Caraballo Locksmith | Change of Locks, per Local Rule | 2420-000 | | 85.60 | 1,599.13 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,599.14 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,574.14 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,574.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,549.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,524.15 |
| 03/20/12 | 1002 | Miami Interpreters | Interpreter's Fees, per Order dated 3/9/2012 (ECF 32) | 3992-000 | | 240.00 | 1,284.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,259.15 |
| 04/19/12 | 1003 | Ouellette & Mauldin Court Reporters, Inc. | Payment of Court Reporter's Fees, per Local Rule | 2990-000 | | 95.00 | 1,164.15 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,139.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,114.15 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,089.15 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,064.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,039.15 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,014.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 989.15 |

Subtotals :    $1,709.75    $720.60

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-38292 AJC | Trustee: | Ross Hartog (290970) |
| --- | --- | --- | --- |
| Case Name: | S P INTENATIONAL SERVICES LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******91-65 - Checking Account |
| Taxpayer ID #: | **-***1144 | Blanket Bond: | $123,797,500.00  (per case limit) |
| Period Ending: | 03/31/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029097088 20130110 | 9999-000 | | 989.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,709.75 | 1,709.75 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 989.15 | |
| | | | **Subtotal** | | 1,709.75 | 720.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,709.75** | **$720.60** | |

Net Receipts :        1,709.75
─────────────
Net Estate :        $1,709.75

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ****327865** | 0.00 | 30.00 | 959.15 |
| **Checking # 9200-******91-65** | 1,709.75 | 720.60 | 0.00 |
| | **$1,709.75** | **$750.60** | **$959.15** |

{} Asset reference(s)